

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00080-CR

Jerry Lee **TRIGO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-52
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Motion for Extension of Time to file Appellant's Withdrawal of Notice of Appeal has been GRANTED. Time is extended to August 17, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

Keith E. Hottle
Clerk of Court